IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| H. GLENN GUNTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | CASE NO. 4:09 CV 124 |
| | § | |
| EMPIRE PIPELINE CORPORATION, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**AGREED MOTION TO DISMISS WITH PREJUDICE**

TO THE HON. RICHARD A. SCHELL, UNITED STATES DISTRICT JUDGE:

Plaintiff, H. Glenn Gunter, hereby files this agreed motion to dismiss with prejudice, and states the following.

1. The parties hereto have compromised and settled all existing or potential claims and disputes between themselves in this matter and otherwise, and desire that this case be dismissed with prejudice. The parties move that costs be taxed against the party or parties incurring the same.

WHEREFORE, Plaintiff H. Glenn Gunter prays that this case be dismissed with prejudice, that all costs be taxed against the party or parties incurring the same, and that Plaintiff be granted general relief.

**AGREED MOTION TO DISMISS WITH PREJUDICE– Page 1**

        Respectfully submitted,

        Law Offices of
        LIPPE & ASSOCIATES


By:   /s/ Emil Lippe, Jr.
       Emil Lippe, Jr.
       State Bar No.: 12398300

       Plaza of the Americas, South Tower
       600 N. Pearl Street, Suite S2460
       Dallas, Texas  75201
       Telephone  (214) 855-1850
       Fax  (214) 720-6074

       ATTORNEYS FOR PLAINTIFF


## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he has conferred with counsel for Defendant, concerning the above and foregoing motion, and counsel is unopposed.

Signed this __22nd__ day of June, 2009.

        /s/ Emil Lippe, Jr.

**AGREED MOTION TO DISMISS WITH PREJUDICE– Page 2**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the __22nd__ day of June, 2009, I electronically submitted the foregoing document with the Clerk of the Court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the Court, which will then send a notification of such filing to the following:

Robert L. Harris
Shannon, Gracey, Ratliff & Miller, LLP
500 N. Akard, Suite 2500
Dallas, Texas 75201


    /s/   Emil Lippe, Jr.
    Emil Lippe, Jr.


**AGREED MOTION TO DISMISS WITH PREJUDICE– Page 3**